JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CALANCHE RODARTE, ) | Case No. CV 14-9605-PA (JPR) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| M. FRINK, Warden, ) | |
| Respondent. ) | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 3, 2015

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE